

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| FRANCISCO QUEZADA, | § | No. 08-14-00273-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D04004) |

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 7, 2015.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Matthew DeKoatz, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 7, 2015.

IT IS SO ORDERED this 7th day of April, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.